**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 19 B 03321 |
| | ) | |
| CATRELL BELL, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. LaShonda A. Hunt |

**OBJECTION OF MERCEDES-BENZ FINANCIAL SERVICES USA LLC**
**TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN**

MERCEDES-BENZ FINANCIAL SERVICES USA LLC ("Mercedes"), a creditor herein, by its attorneys, the law firm of Sorman & Frankel, Ltd., pursuant to Sections 1325(a)(5)(B), 1325 (a)(9), and 1326(a)(1) of the Bankruptcy Code, 11 U.S.C. §§1325(a)(5)(B), 1325 (a)(9), and 1326(a)(1) (West 2019), and such other Sections and Rules as may apply, for its Objection to Confirmation of Debtor's proposed Chapter 13 Plan, respectfully states as follows:

1. On February 8, 2019, Catrell Bell ("Debtor") filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code and proposed Chapter 13 Plan (the "Plan"), which is scheduled for a confirmation hearing on April 8, 2019.

2. Mercedes is a creditor of the Debtor with respect to a certain indebtedness secured by a lien upon a 2012 Mercedes-Benz E350 motor vehicle bearing a Vehicle Identification Number of WDDHF8JBXCA613859 (the "Vehicle"). (See Ex. "A"). Debtor purchased the Vehicle on December 20, 2014.

3. As set forth in the Retail Installment Contract attached as Exhibit "A", Debtor was required to tender equal monthly payments to Mercedes, each in the sum of $725.30 with an interest rate of 2.99%. (See Ex. "A").

4. Debtor has not provided Mercedes or its counsel with proof of a valid full coverage insurance policy for the Vehicle identifying Mercedes as the lienholder/loss payee to protect Mercedes' interest in the Vehicle from loss or destruction.

5. There remains a total outstanding balance due to Mercedes from Debtor in the sum of $7,857.44.

6. Debtor's Plan identifies Mercedes as a secured creditor in Section 3.3 and provides for a secured claim of $9,281.00 to be paid at 0.00% interest with monthly payments of $725.00 to be made by Debtor.

7. To the extent that Debtor wishes to pay this claim directly, Mercedes asserts that it is entitled to be paid at its contractual terms: an interest rate of 2.99% with monthly payments of $725.30.

8. In addition to the foregoing, Debtor's Plan does not protect Mercedes' right to retain its lien on the Vehicle. As such, Mercedes requests that language be added to Section 8 of the Plan stating that Mercedes shall retain its lien until payment of the underlying debt in full as determined under nonbankruptcy law.

9. For the reasons stated above, Debtor's Plan fails to comply with the applicable provisions of the Bankruptcy Code and must provide for and satisfy the objections specified herein to be feasible and provide Mercedes adequate protection.

**WHEREFORE**, Mercedes-Benz Financial Services USA LLC respectfully requests that this Court enter an Order, as denying Debtor's request for confirmation of the Plan; and, for such other, further, and different relief as this Court deems just and proper.

        Respectfully submitted,

        MERCEDES-BENZ FINANCIAL SERVICES USA LLC,
        Creditor,

        By: ___/s/ Cari A. Kauffman___
        One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535
(312) 332-3545 (facsimile)